

LIPSIUS –BENHAIM
LAW, LLP

80-02 Kew Gardens Road
Kew Gardens, NY 11415
212.981.8440
Facsimile 888.442.0284
www.lipsiuslaw.com

DAVID BENHAIM
Direct Line: 212.981.8446
Email: dbenhaim@lipsiuslaw.com

January 17, 2019

**VIA ECF FILING AND FEDEX**

The Honorable Michael A Shipp
U.S. District Judge for the District of New Jersey
Fischer Fed. Bldg. & U.S. Courthouse
402 East State Street
Trento, New jersey 08608

Re: PB Group LLC v Sun Life Assurance Company of Canada, 3:18-cv-15051-MAS-TJB (D. N.J.)

Honorable Judge Shipp:

We represent the Plaintiff, PB Group LLC ("PB Group") in above referenced action (the "Action"). PB Group respectfully requests that your honor enter an Order granting an extension until February 15, 2019 for PB Group to respond to Defendants Counterclaims. A proposed order agreed and stipulated by the parties is enclosed with this correspondence.

### History of this Action

On October 17, 2018, PB Group, LLC (PB Group) filed its Complaint and on October 26, 2018 provided Sun Life with a Waiver of the Service of Summons and a copy of the Complaint. On October 31, 2018, Sun Life Assurance Company of Canada ("Sun Life") agreed to waive service and executed the Waiver of the Service of Summons. Sun Life's response to PB Group's Complaint was therefore due on December 26, 2018. On December 26, 2018 the parties agreed and stipulated, subject to the approval of the Court, that Sun Life's time to answer or otherwise respond to the Complaint be extended to January 2, 2019. The Court so ordered the stipulation extending the time for Sun Life's response to January 2, 2019. On January 2, Sunlife filed its Answer to the Complaint, asserted affirmative defenses and brought Counterclaims against PB Group. PB Groups time to answer the counterclaims or otherwise respond to the Counterclaims is due on January 22, 2019. On January 16, 2019, the parties agreed and stipulated, subject to the approval of the Court that PB Group's time to answer or otherwise respond to the Counterclaims be extended to February 15, 2019. To the extent PB Group responds to the Complaint with a motion, the parties have agreed to cooperate and agree to a briefing schedule that is mutually convenient to counsel for Sun Life and PB Group.

A copy of this correspondence has been served on all counsel of record by ECF filing.

LIPSIUS-BENHAIM LAW, LLP

 

Respectfully Submitted,

LIPSIUS-BENHAIM LAW, LLP

David BenHaim

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

PB GROUP LLC,

Plaintiff,

Docket No. 8:18-cv-15051

SUN LIFE ASSURANCE
COMPANY OF CANADA,

Defendant.

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PB GROUP, LLC TO RESPOND TO THE COUNTERCLAIMS OF SUN LIFE ASSURANCE COMPANY OF CANADA

WHEREAS, on October 17, 2018, PB Group, LLC ("PB Group") filed its Complaint in the above- captioned matter;

WHEREAS, on October 26, 2018, PB Group provided Sun Life Assurance Company of Canada's ("Sun Life") with a Waiver of the Service of Summons and a copy of the Complaint;

WHEREAS, on October 31, 2016, Sun Life agreed to waive service and executed the Waiver of the Service of Summons; and

WHEREAS, Sun Life's response to PB Group's Complaint was due on December 26, 2018;

WHEREAS, Sun Life filed a Stipulation and Proposed Order for an order to extend time to answer or otherwise respond to the Complaint and assert any affirmative defenses to January 2, 2019 and to the extent Sun Life responds to the Complaint with a motion, the parties would cooperate and agree to a briefing schedule ;

WHEREAS, the stipulation and order was So Ordered by the Court;

WHEREAS, Sun Life filed an Answer with Affirmative Defenses and Counterclaims on January 2, 2019;

WHEREAS, PB Group's response to the Counterclaims is currently due on January 22, 2019;

NOW THEREFORE IT IS STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that Sun Life responds to the Counterclaims and assert any affirmative defenses is hereby extended to February 15, 2019 and to the extent PB Group responds to the Counterclaims with a motion, the parties will cooperate and agree to a briefing schedule that is mutually convenient to counsel for PB Group and Sun Life

Dated: January 16, 2019

/s/ *David BenHaim*
LIPSIUS-BENHAIM LAW LLP
David Ben-Haim
80-02 Kew Gardens road, Suite 1030
Kew Gardens, NY 11415
Kew Gardens, New York 11415
Tel.: 212-981-8440

*Attorneys for Plaintiff, P.B. Group, LLC*

/s/ *Gregory J. Starr*
COZEN O'CONNOR, P.C.
Michael J. Miller ( NJ Atty No. 032821991)
457 Haddenfield Road P.O. Box 5459
Suite 300
Cherry Hill, NJ 08002-2220
(215) 372-2347

COZEN O'CONNOR, P.C.
Gregory Star (NJ Atty No. 040602009)
1650 Market Street,
Suite 2800
Philadelphia, PA 19103
(215) 665-4123

*Attorneys for Defendant, Sun Life Assurance Company of Canada*

SO ORDERED this ____ day of _____ 2019

_____