UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

PB GROUP LLC,

                Plaintiff,

      vs.

SUN LIFE ASSURANCE COMPANY
OF CANADA,

                Defendant.

----------------------------------------------------------X

Case No. 3:18-cv-15051
(MAS)(TJB)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) all claims and counter-claims in the above-captioned action are voluntarily dismissed, with prejudice. Each party shall bear its own costs and fees. IT IS FURTHER STIPULATED AND AGREED that this Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement agreement entered into between the parties.

Dated: June 1, 2020

| | |
|---|---|
| LIPSIUS-BENHAIM LAW, LLP | COZEN O'CONNOR |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| By: /s/ David BenHaim | By: /s/ Michael J. Broadbent |
| David BenHaim | Michael J. Broadbent |
| Ira S. Lipsius | One Liberty Place |
| 80-02 Kew Gardens Road, Suite 1030 | 1650 Market Street Suite 2800 |
| Kew Gardens, New York, 11415 | Philadelphia, PA 19103 |
| 212-981-8440 | 215-665-4732 |

SO ORDERED this 1st day of June, 2020.

_____
Honorable Michael A. Shipp, U.S.D.J.